**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEVE COOK | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-3859 |
| BANK OF AMERICA, N.A. | : | |

**<u>ORDER</u>**

**AND NOW**, this  14th  day of  November , 2023, upon consideration of Defendant Bank of America, N.A.'s Motion to Dismiss (ECF No. 5), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

**BY THE COURT:**

 */s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**